WILLIAM H. CROMWELL et al., Respondents, *v.* GEORGE L. BURR, Appellant.

(Argued June 2, 1890; decided June 10, 1890.)

MOTION to dismiss an appeal from an order of the General Term of the Court of Common Pleas for the city and county of New York, made December 9, 1887, which affirmed a judgment of the General Term of the City Court of New York, which affirmed a judgment in favor of plaintiffs entered upon a verdict.

*William J. Lynch* for motion.

*Wakeman & Latting* opposed.

Agree to dismiss appeal; no opinion.
All concur.
Appeal dismissed.

THE PEOPLE ex rel. WILLIAM TUCKER, Respondent, *v.* JOHN ENNIS, Commissioner, etc., Appellant.

(Argued June 2, 1890; decided June 17, 1890.)

APPEAL from order of the General Term of the City Court of Brooklyn, made November 25, 1889, which affirmed an order of the Special-Term reversing the action and proceedings of the appellant in removing the relator from membership in the fire department of the city of Brooklyn.

*William T. Gilbert* for appellant.

*Edward F. O'Dwyer* for respondent.

Agree to affirm on opinion below.
All concur.
Order affirmed.